IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR ALVARADO,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| **CAROLYN COLVIN, Commissioner** : | |
| **of Social Security,** : | NO. 14-4029 |
| : | |
| **Defendant.** | |

## ORDER

**AND NOW**, this 12th day of November, 2015, upon consideration of the plaintiff's request for review, the Commissioner's response, and the plaintiff's reply, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The plaintiff's request for review is **GRANTED**;

3. The case is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa.

**ACCORDINGLY,** the Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.